UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JYOTSNA V. PATEL,

                     **STIPULATION AND ORDER**

        Plaintiff,

  -against-               Civ. Action No. 11-cv-0013 (KMK)

SILARX PHARMACEUTICALS, INC.,
ROHIT DESAI and NAYAN RAVAL

        Defendants,
------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties by their counsel:

    1.    Service of a copy of the Summons and Complaint upon Defendants is hereby accepted by Kantrowitz Goldhamer & Graifman, P.C., as Attorneys for Defendants, and such attorneys are authorized to accept such service. No defenses, except as to proper service, are waived.

    2.    Defendant shall have until February 25, 2011 to answer, move or otherwise respond to the Complaint herein.

Dated: January 17, 2011

_____
Christopher G. Karagheuzoff, Esq.
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200
*Attorneys for Plaintiff*

_____
Gary S. Graifman, Esq.
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
(845) 356-2570
*Attorneys for Defendants*

**SO ORDERED:**

_____
Honorable Kenneth M. Karas, U.S.D.J.

1/26/11

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____