UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JYOTSNA V. PATEL, individually and as               Civ. Action No. 11-cv-0013 (KMK)
Executrix of the Estate of Vipin P. Patel,

                Plaintiff,                              **STIPULATION**
                                                                **OF DISMISSAL**
SILARX PHARMACEUTICALS, INC.,
ROHIT DESAI, and NAYAN RAVAL,

                Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties, as follows:

      1.     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff agrees to the dismissal of all claims in the above-entitled action as against all Defendants, without prejudice and without costs or disbursements as between the parties.

      2.     The Parties agree that this action will be re-filed in the New York State Supreme Court, Westchester County, Commercial Division (the "State Court Action"). Each of the Defendants specifically consents to (and agrees not to contest) such venue.

3. Each of the Defendants agrees that service will be deemed effected upon service by U.S. mail and electronic mail of the complaint in the State Court Action upon the below-signed counsel, and will answer or otherwise respond to the Complaint within 15 days thereafter.

Dated: New York, New York
February 16, 2011

**DORSEY & WHITNEY LLP**

By: *Christopher Karagheuzoff*
Christopher G. Karagheuzoff, Esq. (CK 1122)

250 Park Avenue
New York, NY 10177
(212) 415-9200
Attorneys for Plaintiff

**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**

By: *[signature]*
Gary S. Graifman, Esq. (GG-2276)

747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
(845) 356-2570
Attorneys for Defendants

February 26, 2011
White Plains, NY

So Ordered:

*[signature]*
U.S.D.J.

2